■ SHAUL PULKA, v LILLIAN EDELMAN et al.—Motion, insofar as it seeks reargument, denied. Motion insofar as it seeks leave to appeal to the Court of Appeals, granted and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court

of Appeals. [Murphy, J., would grant reargument.] Concur—Kupferman, J. P., Murphy, Lupiano, Tilzer and Capozzoli, JJ.